UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JEREMY STOVER and SONJA STOVER, | |
| PLAINTIFFS | *Filed Electronically* |
| VS. | CASE NO. |
| JOHN DOE; ESTES EXPRESS LINES; and JOHN DOE COMPANY, | |
| DEFENDANTS | |

## NOTICE OF REMOVAL

Comes the Defendant, Estes Express Lines, Inc., by counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby files this Notice of Removal. As grounds for removal of this Action, this Defendant states as follows:

1. On May 19, 2023, the Plaintiffs, Jeremy Stover and Sonja Stover, commenced a civil action against this Defendant, and against Defendants John Doe and John Doe Company, designated therein as Civil Action No. 23C1104.

2. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action, which have been filed and served upon the parties, is being filed with this Notice of Removal and is attached hereto as **Exhibit A**.

3. The Complaint purports to assert a cause of action against this Defendant, John Doe, and John Doe Company for personal injury caused by a motor vehicle accident which occurred on or about February 8, 2023 in Nashville, Davidson County, Tennessee.

4. This Defendant was purportedly served by long arm statute with a copy of Plaintiff's Complaint on or about May 24, 2023.

5. The Court has jurisdiction over this matter under 28 U.S.C. § 1332(a), because there is complete diversity of citizenship between all Plaintiffs and all Defendants, and more than $75,000.00, exclusive of interest and cost, is at stake.

6. The Plaintiffs are natural persons, who are now, were at the commencement of this action, and have been at all relevant times, citizens and residents of the State of Tennessee.

7. This Defendant, Estes Express Lines, Inc., is now, was at the commencement of this action, and has been at all relevant times a corporation incorporated by, organized, and existing under the laws of the State of Maryland. This Defendant's principal place of business is in the State of Virginia. This Defendant is deemed a resident of the States of Maryland and Virginia for purposes of jurisdiction under the provisions of 28 U.S.C. § 1332(c)(1).

8. John Doe is a natural person, who is of unknown citizenship and residency. On the face of the Plaintiffs' Complaint, John Doe was alleged to be a resident and citizen of the State of Tennessee. However, in response to Requests for Admissions propounded on the Plaintiffs by this Defendant, Plaintiffs admitted that they are unaware of the citizenship, residency, or domicile of John Doe Defendant. Plaintiffs' Responses to Requests for Admissions is attached hereto as **Exhibit B.** The Sixth Circuit has held that where a John Doe Defendant's residency is unknown, removal based on diversity jurisdiction is proper. *Curry v. U.S. Bulk Transport, Inc.*, 462 F.3d 536 (6th Cir. 2006).

9. John Doe Company is presumed to be a corporation, of unknown incorporation with an unknown principal place of business. On the face of the Plaintiffs' Complaint, John Doe Company was alleged to be incorporated in the State of Tennessee. However, in response to Requests for Admissions propounded on the Plaintiffs by this Defendant, Plaintiffs admitted that

they are unaware of the state of incorporation or location of the principal place of business of John Doe Company.

10. Plaintiffs' service of their responses to Requests for Admissions propounded by this Defendant on September 7, 2023, was this Defendant's first notice that this case was removable to Federal Court based on diversity jurisdiction. The Sixth Circuit has held that responses to Requests for Admissions can provide first notice that a case is removable to Federal Court under 28 U.S.C. § 1446. *Berera v. Mesa Medical Group, PLLC*, 779 F.3d 352 (6th Cir. 2015).

11. There is complete diversity of citizenship between the Plaintiff and Defendants, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Plaintiffs' Complaint requests a judgment in the amount of $500,000 for Plaintiff Jeremy Stover, and $25,000 for Plaintiff Sonja Stover, making the amount in controversy $525,000.

12. This is an action over which the District Courts of the United States has jurisdiction, pursuant to 28 U.S.C. § 1332, therefore, the action is removable to the District Court pursuant to 28 U.S.C. § 1441(a).

13. This District and Division constitute the appropriate forum to which this action should be removed. The Davidson County Circuit Court is within the Middle District of Tennessee Division.

14. Venue is proper pursuant to 28 U.S.C. § 1391, in that a substantial part of the events or omissions giving rise to the claim occurred in this District.

15. This Notice of Removal has been filed within 30 days of the date that this Defendant accepted service of a copy of an amended pleading, motion, order, or other paper from which it was first ascertained that the case is one which is removable. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b)(3).

16. Pursuant to 28 U.S.C. § 1446, written notice of the filing of this Notice of Removal will be promptly given to the adverse parties, and a copy of this Notice of Removal will be filed with the Davidson County Circuit Court Clerk. A copy of the notice to the Davidson County Circuit Court Clerk is attached hereto as **Exhibit C**.

17. Accordingly, this action is hereby removed from the Davidson County Circuit Court to the United States District Court for the Middle District of Tennessee.

Respectfully submitted,

WALTERS RICHARDSON, PLLC

*/s/ Elizabeth M. Bass*
Elizabeth M. Bass (TN BPR 035570/ KBA 92461)
100 Hazel Path Court, Suite A
Hendersonville, TN 37075
Telephone: (615) 919-9090
Facsimile: (859) 219-9292
Email: Elizabeth@WaltersRichardson.com
COUNSEL FOR DEFENDANT,
ESTES EXPRESS LINES

## CERTIFICATE OF SERVICE

On October 4, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

| | |
|---|---|
| Blair Durham | Blake A. Garner |
| Chaucey Fuller | Parkerson Santel Garner, PLLC |
| Bart Durham Injury Law | 303 West Main Street |
| 406 11th Avenue North | Murfreesboro, TN 37130 |
| Suite 200 | blake@parkersonsantel.com |
| Nashville, TN 37203 | *Counsel for Unnamed Defendant* |
| *Counsel for Plaintiffs* | *State Farm* |

*/s/ Elizabeth M. Bass*
COUNSEL FOR DEFENDANT,
ESTES EXPRESS LINES