IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JEREMY STOVER and SONJA STOVER, | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 3:23-cv-01037 |
| | ) | |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| JOHN DOE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiffs have filed an "Unopposed Motion for Remand" (Doc. No. 27, "Motion"). The Motion does not set forth a particular basis for removal beyond the fact that the Motion is unopposed. This is cause for some concern, because it appears that this Court had jurisdiction at the time of removal. (*See* Doc. No. 1). But after some research, the Court is unable to conclude that an independent basis for remand must be established when remand is unopposed. So "even with those concerns and the determination that the Court had jurisdiction at the time of removal, the Court feels no need to fight to keep a case that the parties jointly request be remanded to state court . . . . [T]he Court will exercise its discretion to remand the case based upon the unopposed remand request filed by [Plaintiffs]." *Timmons v. Wal-Mart, Inc.*, No. 1:23-CV-344-TFM-B, 2023 WL 7171450, at *3 (S.D. Ala. Oct. 31, 2023).

The Motion is GRANTED as unopposed. The Clerk is directed to REMAND this case to the Circuit Court for Davidson County, Tennessee.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE